IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARLANA C. WALTERS,

      Appellant,

 v.

Case No.  5D22-2039
LT Case No. 2020-305527-CFDB

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for Volusia County,
Elizabeth A. Blackburn, Judge.

Matthew J. Metz, Public Defender,
and Joshua Mosley, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, JAY and MACIVER, JJ., concur.